**SEALED**

**FILED**

SEP 03 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KURT A. DIDIER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900

6  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, *ex rel.* COLLEEN HERREN, <br><br> Plaintiffs, <br><br> v. <br><br> MARSHALL MEDICAL CENTER, et al., <br><br> Defendants. | Case No. 2:12-cv-0098-JAM-KJN <br><br> ORDER ON NOTICE OF ELECTION TO DECLINE INTERVENTION <br><br> **FILED UNDER SEAL** |

The United States and state of California having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1. The first amended complaint be completely unsealed and served upon the defendants by the relator and be served within 45 days of this order;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the first amended complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

[PROPOSED] ORDER ON NOTICE OF
ELECTION TO DECLINE INTERVENTION                    1

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATE: September 2, 2014

_____
HONORABLE JOHN A. MENDEZ
United States District Judge