# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; and the STATE OF CALIFORNIA, *ex rel.* COLLEEN HERREN,<br><br>            Plaintiffs,<br><br>        v.<br><br>MARSHALL MEDICAL CENTER, *et al.,*<br><br>            Defendants. | Case No. 2:12-CV-0098 JAM-KJN<br><br>ORDER REGARDING THE STATE OF CALIFORNIA'S SUPPLEMENTAL NOTICE OF ELECTION TO DECLINE INTERVENTION (CAL. GOV'T CODE § 12652(c)(6)(B))<br><br>**FILED UNDER SEAL** |

The State of California ("California"), having declined to intervene in this action, and pursuant to California's False Claims Act, the Court rules as follows:

1.    Should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent and approval of California before ruling or granting its approval.

///

///

///

///

///

1

Order Regarding The State of California's Supplemental Notice of Election to Decline Intervention (Case No. 2:12-cv-0098 JAM-KJN)

1      2.     At the expense of California, the parties shall serve all pleadings and motions

2  subsequently filed in this action on California. Also at its expense, California may order any

3  deposition transcripts. California is entitled to intervene in the action, for good cause shown, at a

4  later date.

5

6      IT IS SO ORDERED

7

8  Dated:  September 11, 2014                   /s/ John A. Mendez

                                                JOHN A. MENDEZ

9                                        United States District Judge

Order Regarding The State of California's Supplemental Notice of Election to Decline Intervention (Case No. 2:12-cv-0098 JAM-KJN)