**SEALED**

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, AND THE STATE OF CALIFORNIA<br><br>*ex rel.* COLLEEN HERREN,<br><br>     Plaintiffs/Relator,<br><br>v.<br><br>MARSHALL MEDICAL CENTER, *et al.*<br><br>Defendants. | Case No. 2:12-cv-0098 JAM-KJN<br><br>**ORDER** |

**Order**

WHEREAS the Court has read and considered Relator's Unopposed Motion for Extension of Time Under Federal Rule of Civil Procedure 4(m);

IT IS HEREBY ORDERED that:

1. The Court GRANTS Relator's request for an extension of time to effectuate service upon the Defendants, and

2. Relator will effectuate service upon the Defendants by or before January 2, 2015.

```
SO ORDERED:

DATED: 10/8/2014
                                /S/ JOHN A. MENDEZ_____
                                HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE
                                EASTERN DISTRICT OF CALIFORNIA
```