**WATERS KRAUS & PAUL**
MICHAEL L. ARMITAGE (No. 152740)
LOUISA O. KIRAKOSIAN (No. 271983)
222 N. Sepulveda Blvd.
Suite 1900
El Segundo, California 90245
Tel. 310-414-8146
Fax. 310-414-8156

**JOSEPH, GREENWALD & LAAKE, P.A.**

Brian J Markovitz, *pro hac vice*
Matthew M. Bryant, *pro hac vice*
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
(301) 220-2200
(301) 220-1214 (facsimile)
Attorneys for Relator Herren

### UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

UNITED STATES OF AMERICA, AND
THE STATE OF CALIFORNIA
ex  rel. COLLEEN HERREN,
8895 Bluff Lane

          Plaintiffs/Relator,

v.                                    **CASE NO. 2:12-CV-0098 JAM-KJN**


MARSHALL MEDICAL CENTER, *et al.*,

          Defendants.

**ORDER ON PLAINTIFF-RELATOR'S UNOPPOSED MOTION TO AMEND HER COMPLAINT PURSUANT TO RULE 15**

     WHEREAS the Court has read and considered Relator's Unopposed Motion to Amend Her Complaint Pursuant to Rule 15;

     IT IS HEREBY ORDERED that the Court GRANTS Relator's motion. She is ordered to file the Second Amended Complaint attached as Exhibit 1 to her motion.

     SO ORDERED:

1     DATED:  December 15, 2014

2

3                                      /s/ John A. Mendez_____
                                     HONORABLE JOHN A. MENDEZ

4                                      UNITED STATES DISTRICT JUDGE
                                     EASTERN DISTRICT OF CALIFORNIA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion for Leave to Amend