**FILED**

SEP 30 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* COLLEEN HERREN, et al., <br><br>Plaintiffs,<br><br>vs.<br><br>MARSHALL MEDICAL CENTER; MARSHALL FOUNDATION FOR COMMUNITY HEALTH; EL DORADO HEMATOLOGY & MEDICAL ONCOLOGY II, INC.; LIN H. SOE, M.D.; TSUONG TSAI, M.D.,<br><br>Defendants. | CASE NO. 2:12-CV-0098 JAM-KJN<br><br>[PROPOSED] ORDER GRANTING MARSHALL MEDICAL CENTER'S UNOPPOSED MOTION TO UNSEAL RELATOR'S ORIGINAL COMPLAINT<br><br>Date:     October 7, 2015<br>Time:    9:30 a.m.<br>Courtroom: 6<br><br>The Hon. John A. Mendez<br><br>Trial Date:     None Set |

WHEREAS, the Court has read and considered Defendant Marshall Medical Center's Unopposed Motion to Unseal Relator's Original Complaint;

IT IS HEREBY ORDERED that the original Complaint in this matter shall be unsealed.

DATED: September 30, 2015

_____
The Honorable John A. Mendez