UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA *ex rel.* COLLEEN HERREN, et al.,

Plaintiffs,

v.

MARSHALL MEDICAL CENTER, et al.,

Defendants.

No. 2:12-cv-0098-JAM-KJN

ORDER

On March 2, 2016, an informal telephonic discovery conference was held in this matter before the undersigned to address the parties' dispute regarding the temporal scope of discovery in this action. Attorneys Brian Markovitz and Louisa Kirakosian appeared telephonically on behalf of relator plaintiff Colleen Herren. Attorneys Ryan Polk, Katrina Pagonis, and Kathryn Doi appeared telephonically on behalf of defendants.

Based on the parties' joint statement, other relevant filings, and arguments made during the telephonic conference, and for the reasons stated by the undersigned during the telephonic conference, IT IS HEREBY ORDERED that:

1. Defendants shall produce discovery responsive to plaintiff's requests relating to the period beginning on January 1, 2008, and ending on March 1, 2012.

////

2. This order is without prejudice to a future request to expand the scope of discovery beyond March 1, 2012, made either after relator plaintiff has been granted leave to file an amended complaint that provides allegations showing that defendants' alleged wrongful conduct continued to occur beyond March 1, 2012, or upon a showing by relator plaintiff that the allegations of the operative second amended complaint and the discovery that has been produced in this matter thus far show that defendants' alleged wrongful conduct continued to occur beyond March 1, 2012.[1]

IT IS SO ORDERED.

Dated: March 3, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

KJN/amd

[1] As noted during the telephonic conference, the undersigned does not make a determination at this time regarding whether the allegations of the operative second amended complaint are or are not adequate to support a showing that discovery relating to a time period beyond March 1, 2012, is warranted.