FLETCHER C. ALFORD  (SBN: 152314)
falford@gordonrees.com
RYAN B. POLK  (SBN: 230769)
rpolk@gordonrees.com
KYLE R. SMITH  (SBN: 294236)
ksmith@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

PATRIC HOOPER (SBN:  57343)
phooper@health-law.com
KATRINA A. PAGONIS  (SBN: 262890)
kpagonis@health-law.com
HOOPER LUNDY & BOOKMAN
575 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 875-8515

Attorneys for Defendant
MARSHALL MEDICAL CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, AND THE STATE OF CALIFORNIA ex rel. COLLEEN HERREN,<br><br>Plaintiffs,<br><br>vs.<br><br>MARSHALL MEDICAL CENTER; EL DORADO HEMATOLOGY & MEDICAL ONCOLOGY II, INC.; DR. LIN H. SOE; DR. TSUONG TSAI,<br><br>Defendants. | CASE NO.  2:12-CV-0098 JAM-KJN<br><br>**JOINT STIPULATION AND ORDER ENLARGING EXPERT DISCLOSURE DEADLINES** |

Plaintiff-Relator Colleen Herren and Defendants Marshall Medical Center ("MMC"), Hematology & Medical Oncology II, and Drs. Soe and Tsai, constituting all parties appearing in this action (collectively referred to as "the Parties"), hereby stipulate, through their counsel of record, to continue certain pre-trial deadlines as set forth herein.  This Stipulation to Enlarge

-1-

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE EXPERT DISLCLOSURE DEADLINES

Expert Disclosure Deadlines is made pursuant to Federal Rule of Civil Procedure 78 and Local Rules 137, 143, 144, and 230.

<u>Reasons for Continuance</u>: Good cause exists for this stipulation and request. The parties are actively engaged in the discovery process. This case involves allegations relating to hospital billing for services provided from January 2008 to at least March 2012 and involves the discovery of documents that include billing and medical records for a large number of patients over the course of those years. Counsel for MMC is in the midst of producing responsive documents to Relator's second set of requests for production and counsel have advised Relator's counsel that they are currently reviewing over 1 million pages of documents (approximately 300,000 records) for potential production.  Relator anticipates serving at least another set of requests for documents based on Relator's expert's requirements for a statistically sound analysis. In addition to obtaining documents from Defendants, Relator issued a subpoena to CMS for Medicare claims data in late November 2015, but due to technical difficulties, CMS did not produce the Medicare claims data until late February 2016. The Parties' respective expert witnesses will rely upon these documents in preparing their reports. The experts have been vigorously working to prepare their Rule 26(a)(2)(b) reports, but the experts require additional time to evaluate and prepare their reports. Given the upcoming April 8, 2016 deadline for expert disclosures, the Parties have agreed to a short extension -- approximately 45 days -- of the expert disclosure deadline and the deadline for supplemental expert reports and respectfully request that the Court grant the relief requested herein.  A narrow enlargement of these deadlines will ensure that the designated experts have sufficient time to review the necessary materials and prepare their experts reports.  No other deadlines previously set by the Court are affected by this stipulation and request.

Therefore, IT IS HEREBY STIPULATED by and between the Parties to this action as follows:

1. That the Last Court Day for the Parties to Submit Expert Witness Disclosures, currently set for April 8, 2016, be continued to **May 23, 2016**;

2. That the Last Court Day for the Parties to Submit Supplemental Disclosures and Disclosure of Rebuttal Experts, currently set for May 6, 2016, be continued to **June 20, 2016**;

**SO STIPULATED:**

Dated: 3/16/2016                              GORDON & REES LLP

                                              By:  /s/
                                                   Fletcher C. Alford
                                                   Attorneys for Defendant
                                                   MARSHALL MEDICAL CENTER

Dated:                                        HOOPER LUNDY & BOOKMAN PC

                                              By:  /s/
                                                   Patric Hooper
                                                   Attorneys for Defendant
                                                   MARSHALL MEDICAL CENTER

Dated:                                        HANSON BRIDGETT LLP

                                              By:  /s/
                                                   Kathryn E. Doi
                                                   Attorney for Defendants
                                                   DR. LIN H. SOE and DR. TSUONG
                                                   TSAI; EL DORADO HEMATOLOGY
                                                   & MEDICAL ONCOLOGY II

Dated:                                        WATERS KRAUS & PAUL

                                              By:  /s/
                                                   Michael L. Armitage
                                                   Louisa Kirakosian
                                                   Attorneys for Defendant
                                                   COLLEEN HERREN

Dated:                                        JOSEPH, GREENWALD & LAAKE, P.A.

                                              By:  /s/
                                                   Brian Markovitz
                                                   Attorney for Plaintiff
                                                   COLLEEN HERREN

JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE EXPERT DISLCLOSURE DEADLINES

# **ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefore, IT IS ORDERED:

1. That the Last Court Day for the Parties to Submit Expert Witness Disclosures, currently set for April 8, 2016, be continued to **May 23, 2016**;
2. That the Last Court Day for the Parties to Submit Supplemental Disclosures and Disclosure of Rebuttal Experts, currently set for May 6, 2016, be continued to **June 20, 2016**;

**IT IS SO ORDERED**

Dated: 3/16/2016                               /s/ John A. Mendez_____
                                               Hon. John A. Mendez
                                               United States District Court Judge