**WATERS KRAUS & PAUL**
MICHAEL L. ARMITAGE (No. 152740)
LOUISA O. KIRAKOSIAN (No. 271983)
222 N. Sepulveda Blvd.
Suite 1900
El Segundo, California 90245
Tel. 310-414-8146
Fax. 310-414-8156

**WATERS & KRAUS, LLP**
LOREN JACOBSON *pro hac vice*
3219 McKinney Ave.
Dallas, Texas 75204
Tel. 214-357-6244
Fax. 214-871-2263

**JOSEPH, GREENWALD & LAAKE, P.A.**
Brian J Markovitz, *pro hac vice*
Matthew M. Bryant, *pro hac vice*
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
(301) 220-2200
(301) 220-1214 (facsimile)

Attorneys for Relator Herren

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, AND THE STATE OF CALIFORNIA ex rel. COLLEEN HERREN,<br><br>Plaintiffs/Relator,<br><br>v.<br><br>MARSHALL MEDICAL CENTER, DR. LIN H. SOE, DR. TSUONG TSAI, MARSHALL FOUNDATION FOR COMMUNITY HEALTH, and EL DORADO HEMATOLOGY & MEDICAL ONCOLOGY II, INC.,<br><br>Defendants. | **CASE NO. 2:12-CV-0098 JAM-KJN**<br><br>**DISMISSAL ORDER** |

//
//
//
//
//

1    The Court, having noted that Plaintiff-Relator, Colleen Herren, having filed a Request to
2    Dismiss Pursuant to Fed. Rule of Civ. P. 41(a)(2) based on and subject to the terms of the parties'
3    Settlement Agreements dates May 20, 2016, and June 6, 2016, orders as follows:
4    ORDERED that the Request to Dismiss is GRANTED.
5    ORDERED that this action is DISMISSED WITHOUT PREJUDICE as to the United States
6    based on and subject to the terms of the parties' Settlement Agreement dated May 20, 2016.
7    ORDERED that this action is DISMISSED WITH PREJUDICE as to Plaintiff-Relator based on
8    and subject to the terms of the parties' Settlement Agreements dated on May 20, 2016, and June
9    6, 2016.

12   IT IS SO ORDERED.

14   DATED:  June 29, 2016

16   /s/ John A. Mendez
     **HON. JOHN MENDEZ**
17   **UNITED STATES DISTRICT COURT JUDGE**